1  Ramon Ramirez (State Bar No. 280772)
   ramonramirez@jonesday.com
2  Alyssa M. Staudinger (State Bar No. 300845)
   astaudinger@jonesday.com
3  JONES DAY
   3161 Michelson Drive, Suite 800
4  Irvine, CA  92612.4408
   Telephone:  +1.949.851.3939
5  Facsimile:  +1.949.553.7539

6  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
7  INC.

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12
   YASSAH BEYAN,                    | Case No. 5:15-cv-04452-RMW
13
              Plaintiff,            | Assigned to Honorable Ronald M. Whyte
14
       v.
15                                  | **STIPULATION AND [PROPOSED]
   EXPERIAN INFORMATION             | ORDER FOR DISMISSAL WITH
16 SOLUTIONS, INC. et al.,          | PREJUDICE OF DEFENDANT
                                    | EXPERIAN INFORMATION
17            Defendants.           | SOLUTIONS, INC.**

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED by and between Plaintiff Yassah Beyan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") that Plaintiff's claims against Experian in the above-captioned action be and hereby are dismissed with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.  Each side shall bear its own attorneys' fees and costs incurred herein.

Dated:  January 15, 2016

Respectfully submitted,

JONES DAY

By: /s/ *Ramon Ramirez*
     Ramon Ramirez

Attorneys for Defendant
EXPERIAN INFORMATION
SOLUTIONS, INC.

Dated:  January 15, 2016

SAGARIA LAW, P.C.

By:  */s/ Elliot W. Gale*
      Elliot W. Gale

Attorneys for Plaintiff
YASSAH BEYAN

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Defendant Experian Information Solutions, Inc. ("Experian") is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated:  4/20/2016

*Ronald M. Whyte*
UNITED STATES DISTRICT JUDGE